**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

        Plaintiff,

vs.                                                                    Case No. 6:13-cv-856-Orl-37KRS

INTERNATIONAL UNISERVE, INC.;
KENNY RODRIGUEZ; and JULISSA
RODRIGUEZ,

        Defendants.

**ORDER**

This cause is before the Court *sua sponte*. Upon review, the Court finds that it is unable to determine whether it has subject-matter jurisdiction over this action.

Plaintiff alleges that the Court has diversity jurisdiction over this suit against Defendants International Uniserve, Inc. and Kenny and Julissa Rodriguez, as representatives of their minor child, A.R. (Doc. 1, ¶ 2.) However, Plaintiff's citizenship allegations are deficient as to the individual Defendants.

The citizenship of the legal representative of a minor is determined by the citizenship of the minor. 28 U.S.C. § 1332(c)(2). The citizenship of an individual is determined by domicile, which is established by residence plus an intent to remain. *Miss. Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).

Therefore, Plaintiff's allegation that Kenny and Julissa Rodriguez reside in Florida (Doc. 1, ¶ 7) is insufficient. *See also Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994) ("Citizenship, not residence, is the key."). Plaintiff must allege the domicile of the minor child in order for the Court to assure itself that it has subject-

matter jurisdiction over this action.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff has leave to file an amended complaint that complies with the strictures of this Order on or before Monday, **July 1, 2013**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record